IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KEVIN NESBIT, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV-06-1606-HU |
| | ) | |
| v. | ) | |
| | ) | |
| JERRI JARMER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

HUBEL, Magistrate Judge:

Plaintiff brings this civil action against defendant Jerri Jarmer. He proceeds *pro se*. Pursuant to 28 U.S.C. § 1914, a party seeking to institute a civil action shall pay a filing fee of $350. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. See 28 U.S.C. § 1915.

Plaintiff neither paid the filing fee nor submitted an application to proceed *in forma pauperis*. Accordingly, IT IS ORDERED that plaintiff shall submit a filing fee or an application to proceed *in forma pauperis* within 30 days of the date of this Order. Plaintiff's failure to do so will result in the dismissal

1 - ORDER

of this action.

    The Clerk of the Court is directed to send plaintiff a form application to proceed *in forma pauperis* with this Order.

    IT IS SO ORDERED.

Dated this  29th  day of  November , 2006.

/s/ Dennis James Hubel
Dennis James Hubel
United States Magistrate Judge

2 - ORDER